IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

    Petitioner,                     No. CIV S-98-2470 GEB DAD P

    vs.

R. A. CASTRO,

    Respondent.                  <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was dismissed on May 28, 2002. Petitioner's appeal to the Court of Appeals for the Ninth Circuit was denied on December 5, 2003. On May 23, 2006, petitioner filed a document entitled "Petition for Writ of Error Coram Nobis." Therein, petitioner seeks an evidentiary hearing on his claims raised in this court. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 30, 2006.

                                           /s/ Dale A. Drozd
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:8:hawk2470.158